# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No.  25-CR-20244-SHL** |
| | ) | |
| **TRENDARIOUS HAWKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Trendarious Hawkins, RNI#: 504211, now being detained in the Shelby County Jail, appear before Honorable Annie T. Christoff, October 14, 2025, at 1:30pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 30th day of September, 2025.

*s/ Raney L. Irwin*
**Raney L. Irwin**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, WILLIAM DOUD, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE;  SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Trendarious Hawkins, RNI#: 504211, appear before the Honorable Annie T. Christoff at the date and time aforementioned.

ENTERED this 30th day of September, 2025.

s/Charmiane G. Claxton

**CHARMIANE G. CLAXTON**
**U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."